**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SOKANKELLY LIM, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRADEZERO AMERICA, INC.,<br><br>Defendant. | Civil Action No. 24-1196-GBW |

**ORDER**

AND NOW, this 30th day of July 2026 and based on the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Attorneys' Fees (D.I. 18) is **GRANTED**.

2. Plaintiff's Motion for Final Approval of Class Action Settlement and Certification of Settlement Class (D.I. 19) is **GRANTED**.

3. Within seven (7) days of the entry of this Order, the parties shall meet and confer and file an updated proposed Final Approval Order consistent with this Order and the accompanying Memorandum Opinion.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE